Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gold Value International Textile, Inc. d/b/a "Fiesta Fabric," <br><br> Plaintiff, <br><br> v. <br><br> Peggy Lutz Plus Size Designer Clothing, a California entity of form unknown; and DOES 1-10, <br><br> Defendants. | Case No. <br><br> PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT <br><br> <u>Jury Trial Demanded</u> |

Plaintiff Gold Value International Textile, Inc. d/b/a "Fiesta Fabric" ("Fiesta") hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Fiesta is a California corporation.

5. Upon information and belief, Defendant Peggy Lutz Plus Size Designer Clothing is a California entity of form unknown with a principal place of business located at 1120 15th Street, Santa Rosa, CA 95404.

6. Upon information and belief, Defendants Does 1-10 are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful acts alleged herein. The true names, whether corporate, individual, or otherwise, of Defendants Does 1-10 are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

7. Upon information and belief, at all relevant times, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted the acts or conduct alleged, with full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## DEFENDANTS' UNAUTHORIZED EXPLOITATIONS OF FIESTA'S DESIGN 170233C

8. Prior to the infringement alleged herein, Fiesta composed an original two-dimensional artwork for purposes of textile printing, identified with the internal design number 170233C (the "Subject Design").

9. The Subject Design is an original creation of Fiesta and Fiesta's design team, and is, and at all relevant times has been, owned exclusively by Fiesta.

10. Fiesta holds a U.S. copyright registration covering the Subject Design.

11. Prior to the infringement alleged herein, Fiesta sampled and sold fabric bearing the Subject Design to numerous parties in the fashion and apparel industries.

12. Following this distribution of product bearing the Subject Design, Fiesta discovered that, without its authorization, Defendants, and each of them, created, manufactured, caused to be manufactured, distributed, offered for sale, and/or sold garments bearing designs that are substantially and/or strikingly similar to the Subject Design (the "Accused Products").

13. Exemplars of the Subject Design and Accused Products are set forth below:

| Subject Design | Accused Products |
|---|---|
| 170233C | <br>SKU: 00126 VBR |

| Subject Design | Accused Products |
|---|---|
|  | Title: Plus Size Drape Jacket Velvet Burnout Floral Peach Celadon Black 14-32<br>URL: https://plus-size.com/product/plus-size-drape-jacket-velvet-burnout-floral-peach-celadon-black-14-32/ |
| <u>Detail</u> | <u>Detail</u> |

14. The above comparisons of the Subject Design and Accused Products demonstrates that the elements, composition, colors, arrangement, layout, and appearance of the designs at issue are substantially and/or strikingly similar.

## FIRST CLAIM FOR RELIEF

**(For Copyright Infringement – Against All Defendants, and Each)**

15. Plaintiff incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

16. Upon information and belief, Defendants, and each of them, had access to Subject Design, including through (a) access to Plaintiff's showroom and/or design library; (b) access to unauthorized copies of the Subject Design by third-party vendors and/or DOE Defendants, including converters and printing mills; (c) access to Plaintiff's strike-offs and samples; (d) garments manufactured and sold to the public bearing fabric lawfully printed with the Subject Design by Plaintiff for its customers; and/or (e) because the Subject Design and the design on the Accused Products are strikingly similar.

17. Upon information and belief, one or more of the Defendants manufactures garments and/or is a garment vendor; said Defendant(s) has an ongoing business relationship with Defendant retailers, and each of them; and said Defendant(s) supplied garments to said Defendant retailers composed of fabric bearing an unauthorized reproduction of the Subject Design and/or an infringing derivative thereof.

18. Defendants, and each of them, created, manufactured, caused to be manufactured, distributed, offered for sale, and/or sold garments that infringe Plaintiff's copyrights in the Subject Design through retail stores, catalogues, and/or websites.

19. Due to Defendants' acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

20. Due to Defendants' acts of infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement. As such, Plaintiff is entitled to disgorgement of Defendant's profits attributable to Defendant's infringement in an amount to be established at trial.

21. Upon information and belief, Defendants, and each of them, committed acts of infringement with actual or constructive knowledge of, and/or reckless disregard or willful blindness for, Plaintiff's rights in the Subject Design, such that said acts were willful.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

a. That Defendants, their agents, and/or anyone else working in concert with Defendants and their agents, be enjoined from infringing Plaintiff's copyrights in any manner and from further creating, manufacturing, causing to be manufactured, distributing, offering for sale, and/or selling the Accused Products;

b. That Plaintiff be awarded all Defendants' profits, plus all Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at the time of trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504;

c. That Plaintiff be awarded its fees as available under 17 U.S.C. § 505;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: October 14, 2025    By:    */s/ Trevor W. Barrett*
Trevor W. Barrett, Esq.
Andres Navarro, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*